IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| W. LEO DAVIS § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| VS. § | | |
| § | NO. 3-06-CV-2183-N | |
| NATHANIEL QUARTERMAN, Director § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division § | | |
| § | | |
| Respondent. § | | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SIGNED February 2, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE